| **UNITED STATES BANKRUPTCY COURT** | **VOLUNTARY PETITION** |
|---|---|
| *District of NEW JERSEY, CAMDEN, Division* | |

| Name of Debtor (if Individual, enter Last, First, Middle) | Name of the Joint Debtor (Spouse) (Last, First, Middle) |
|---|---|
| **Norman, Jr. James E.** | **Norman, Alice** |

| All Other Names used by the Debtor in last 6 years (Include married, maiden and trade names) | All Other Names used by the Joint Debtor in last 6 years (Include married, maiden and trade names) |
|---|---|
| | |

| Social Security / Tax ID # (If more than one, state all) **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** | Social Security / Tax ID # (If more than one, state all) **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** |
|---|---|

| Street Address of Debtor (No. & street, city, state, zip) **668 Randolph Street** <br><br> **Camden**  NJ08105 | Street Address of Debtor (No. & street, city, state, zip) **668 Randolph Street** **Camden, NJ 08105** |
|---|---|

| County of Residence of Debtor or Principal Place of Business **Camden** | County of Residence of Debtor or Principal Place of Business **Camden** |
|---|---|

| Mailing Address of the Debtor (if different from street address) | Mailing Address of the Debtor (if different from street address) |
|---|---|
| | |

Location of Principal Asset of Business Debtor
(if differnet from street address above:)

## INFORMATION REGARDING THE DEBTOR (Check the Applicable Boxes)

**VENUE (Check any applicable box)**

[X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this district for 180 days immediately preceeding the date of this petition or for a longer part of such 180 days than any other district.

[ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under which the Petition is Filed** (Check one box) |
|---|---|---|
| (●) Individual | ( ) Railroad | ( ) 7 Liquidation   ( ) 11 Reorganization   (●) 13 Debt Adjustment |
| ( ) Corporation | ( ) Stockbroker | ( ) 9 Municipal   ( ) 12 Farmer |
| ( ) Partnership | ( ) Commodity Broker | ( ) Sec. 304  - Case ancillary to foreign proceeding |
| ( ) Other | | |

| **Nature of Debts** (Check one box) <br> (●) Consumer   ( ) Business   ( ) Both | **Filing Fee (Check one box)** <br> [X] Full Filing Fee Attached <br> [ ] Filing fee to be paid in installments (Applicable to individuals only) |
|---|---|
| **Chapter 11 Small Business** (Check all boxes that apply) <br> [ ] Debtor is a small business as defined in 11 U.S.C. Sec.101 <br> [ ] Debtor is and elects to be considered as small business under 11 U.S.C. Sec. 1121(e)(optional) | Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See official Form No.3 |

Statistical/Administrative Information (Estimates only)

[ ] Debtor estimates that funds will be available for distribution to unsecured creditors.

[ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be No funds available for distribution to unsecured creditors.

**COURT USE ONLY**

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-Over |
|---|---|---|---|---|---|---|
| | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1million | $1,000,001 to $10million | $10,000,001 to $50million | $50,000,001 to $100million | More than $100million |
|---|---|---|---|---|---|---|---|---|
| | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1million | $1,000,001 to $10million | $10,000,001 to $50million | $50,000,001 to $100million | More than $100million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Copyright (C) www.Bankruptcy Master.com  1986-2003,  All Rights Reserved  (609) 951-9775
Exclusively Licensed to :  Brenner & Brenner

MODIFIABLE INFORMATION IN BOLD PRINT

(Official Form 1) (9/01)

FORM B1, Page 2

**Voluntary Petition**

Debtor
**Norman, James**

PRIOR BANKRUPTCY CASES FILED WITHIN LAST 6 YEARS

| Location Where filed **CAMDEN BANKRU** | Case Number:  **02-18706/JHW** | Date filed: |
|---|---|---|

PENDING BANKRUPTCY CASE FILED BY SPOUSE, PARTNER, OR AFFILIATE

| Name of Debtor: **NONE** | Case Number: | Date filed: |
|---|---|---|
| District | Relationship | Judge: |

## Signatures

### Signature of Debtor Individual

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If the petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under such chapter, and choose to proceed under 7 of such title.

Debtor requests relief in accordance with the chapter of title 11 United States Code specified in this petition.

/S/  Norman, Jr. James  E.                         Date:

**Norman, Jr. James  E.**

/S/  Alice Norman                                     Date:

**Alice Norman**

Telephone  (if not represented by attorney)

### Signature of Attorney

/S/  Brad J. Spiller, Esquire                      Date:

**Brad J. Spiller, Esquire**

Address                                  **BarID: 1035**

**475 Whitehorse Pike
W. Collingswood, NJ  08106**

Telephone  **856 541-8744**

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

Signature of Authorized Individual

Printed Name of Authorized Individual

Title Of Authorized Individual

Date:   ___/___/____

### Exhibit A

To be declared if the debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

[ ]  Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

/S/  Brad J. Spiller, Esquire

Signature of Attorney                          Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

[  ]  Yes, and Exhibit C is attached and made a part of this petition.
[ X ]  No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. Sec 110, that I prepared this document for compensation, and I have provided the debtor with a copy of this document.

Printed Name of Bankruptcy Petition Preparer

Social Security Number

Address

Name and Social Security Number of all other individuals who prepared or assisted in preparing this document.
If more that one person prepared this document, attach additional sheets confirming to the appropriate official form for each person.

Signature of Authorized Individual
Date: ___/___/___

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Fedral Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C sec.110; 18 U.S.C. sec.156.

**Norman, James**

**Norman, Alice**

Debtor

Case #:

---

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR

---

Prior to the commencement of a case the clerk is required to provide individual debtor(s) whose debts are primarily consumer debts written notice indicating each Chapter of Title 11 under which said individual may proceed. (See Sec 342)

NOTICE:

1. You are notified that as an individual with regular income, who on the date of the petition owned non-contingent, liquidated, unsecured debts of less than $290,525.00 and non-contingent, liquidated, secured debts of less than $871,550.00 and who is not a stock broker or commodity broker you may proceed under Chapter 13 and use future income to pay all or a portion of your existing debts.

2. You are eligible to proceed under Chapter 7 - Liquidation, whereby debts are eliminated and non-exempt assests are liquidated by the trustee for the benefit of your Creditors.

3. You are eligible to proceed under Chapter 11 - for debt reorganization.

4. You are eligible to proceed under Chapter 12 - if you are a family farmer with regular annual income.

5. You are not eligible to proceed under Chapter  9.

6. All general filing is subject to 11 USC Sec 109(f), 727(a)(8) and (9), and 707(b). Consult your attorney.

If you have any questions regarding the information contained in this notice, you should consult with your attorney.

CLERK OF THE COURT

ACKNOWLEDGEMENT OF RECEIPT OF THIS NOTICE

We hereby certify that we have received and read the foregoing written Notice.

Executed on

Signature: /S/ **Norman, Jr. James  E.**

**Norman, Jr. James  E.**

Signature: /S/ **Alice Norman**

**Alice Norman**

UNITED STATES BANKRUPTCY COURT
District of NEW JERSEY, CAMDEN, Division

IN RE: **Norman, James**
**Norman, Alice**
Debtor

Case #:

---

## FORM 7.  STATEMENT OF FINANCIAL AFFAIRS

**1.  Income from employment or operation of business**

State the gross amount of income the debtor has received from employment, trade or profession or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Iden--tify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition filed.)

| <<<<<<<<<< Debtors >>>>>>>>>> | | |
|---|---|---|
| Year **2000** | Amount | **29,616.00** |
| Source **Est. Year Income** | | |
| Year **2001** | Amount | **29,616.00** |
| Source **Est. Year Income** | | |
| Year **2002** | Amount | **19,744.00** |
| Source **Est. Income To Date** | | |
| <<<<<<<<<< Spouse >>>>>>>>>> | | |
| Year **2000** | Amount | **22,608.00** |
| Source **Est. Year Income** | | |
| Year **2001** | Amount | **22,608.00** |
| Source **Est. Year Income** | | |
| Year **2002** | Amount | **15,072.00** |
| Source **Est. Income To Date** | | |

**2.  Income other than from employment or operation of business**

State the amount of income received by the debtor other than from employment, trade, profession or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or Chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**[X] NONE**

**3.  Payments to creditors**

a.  List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**0.00**          **0.00**

b. List all payments within one year immediately preceding the commencement of case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**0.00**          **0.00**

**4.  Suits and Administrative Proceedings, Executions, Granishments and Attachments**

a.  List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**[X] NONE**

b.  Describe all property that has been attached, garnished, or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**[X] NONE**

IN RE: **Norman, James**
**Norman, Alice**
    **Debtor**

Case #:

---

**5. Repossessions, Forecloures, and Returns**

    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred
through a deed in lieu of foreclosure or returned to the seller within one year immediately
preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13
must include information concerning property by either or both spouse whether or not a joint
petition is filed, unless the spouses are separated and a joint petition is not filed.)

**[X] NONE**

**6. Assignments and Receiverships**

    a. Describe any assignment of property for the benefit of creditors made within 120 days
immediately preceding the commencement of this case. (Married debtors filing under chapter 12
or chapter 13 must include any assignment by either or both spouse whether or not a joint petition
is filed, unless the spouse are separated and a joint petition is not filed.)

**[X] NONE**

    a. List all property which has been in the hands of a custodian, receiver, or court-appointed
official within one year immediately preceding the commencement of this case. (Marriad debtors
filing under chapter 13 must include information concerning property of either or both spouses
Whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

    List all gifts or charitable contributions made within one year immediately preceding the
commencement of this case except ordinary and usual gifts to family members aggregating less
than $200 in value per individual family member and charitable contributions aggregating less than
$100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or
contributions by either or both spouses whether or not a joint petition is filed, unless the spouses
are separated and a joint petition is not filed.)

**[X] NONE**

**8. Losses**

    List all losses from fire, theft, other casualty or gambling within one year immediately preceding
the commencement of this case or since the commencement of this case. (Married debtors filing
under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a
joint petition is filed, unless spouses are separated and a joint petition is not filed.)

**[X] NONE**

**9. Payments related to debt counseling or bankruptcy**

    List all payments made or property transferred by or on behalf of the debtor to any persons,
including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy
law or preparation of a petition in bankruptcy within one year immediately preceding the
commencement of this case.

**Brad J. Spiller, Esquire**

**475 Whitehorse Pike**

**W. Collingswood, NJ 08106**

**Fee Paid**      **806.00**

**10. Other transfers**

    a. List all other property, other than property transferred in the ordinary course of the business
or financial affairs of the debtor, transferred either absolutely or as security within one year
immediately preceding the commencement of this case. (Married debtors filing under chapter 12
or chapter 13 must include transfers by either or both spouses whether or not a joint petition is
filed, unless the spouses are separated and a joint petition is not filed.)

**[X] NONE**

| IN RE: | **Norman, James** | Case #: |
|---|---|---|
| | **Norman, Alice** | |
| | **Debtor** | |

**11. Closed financial accounts**

List all financial accounts and instruments held in the name of the debtor or for benefit of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed)

**[X] NONE**

**12. Safe deposit boxes**

List each safe deposit or other box or depository in which the debtor has or had securities, cash or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is filed.)

**[X] NONE**

**13. Setoffs**

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouse are separated and a joint petition is not filed)

**[X] NONE**

**14. Property held for another person**

List all property owned by another person that the debtor holds or controls.

**[X] NONE**

**15. Prior address of debtor**

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**[X] NONE**

**16. Spouses and Former Spouses**

If the debtor resides or resided in a community property state, commonwealth     **(X) NONE**

or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada,

New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-**

**year period** immediately preceding the commencement of the case, identify

the name of the debtor's spouse and of any former spouse who resides or

resided with the debtor in the community property state.

NAME:

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation

regulating pollution, contamination, releases of hazardous or toxic substances,

wastes or material into the air, land, soil, surface water, groundwater, or other

other medium, including, but not limited to, statutes or regulations regulating

The cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any

Environmental Law, whether or not presently or formerly owned or

operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste,

hazardous substance, toxic substances, hazardous material, pollutant,

or contaminant or similar term under an Environmental Law.

a.  List the name and address of every site for which the debtor has received     **(X) NONE**

notice in writing by a governmental unit that it may be liable or potentially

liable under or in violation of an Environmental Law.  Indicate the governmental

unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME AND ADDRESS:

NAME AND ADDRESS OF GOVERNMENTAL UNIT:

DATE OF NOTICE:

ENVIRONMENTAL LAW:

b.  List the name and address of every site for which the debtor provided notice    **(X) NONE**
to a governmental unite of a release of Hazardous Material.  Indicate the
governmental unit to which the notice was sent and the date of the notice.

    SITE NAME AND ADDRESS:

    NAME AND ADDRESS OF GOVERNMENTAL UNIT:

    DATE OF NOTICE:

    ENVIRONMENTAL LAW:

c.  List all judicial or administrative proceedings, including settlements or    **(X) NONE**
orders, under any Environmental Law with respect to which the debtor is
or was a party.  Indicate the name and address of the governmental unit
that is or was a party to the proceeding, and the docket number.

    NAME AND ADDRESS OF GOVERNMENTAL UNIT:

    DOCKET NUMBER:

    STATUS OR DISPOSITION:

**18.  Nature, location and name of business**

a.  If the debtor is an individual, list the names, addresses, taxpayer identification    **(X)NONE**
numbers, nature of the businesses, and beginning and ending dates of all
businesses in which the debtor was an officer, director partner, or managing
executive of a corporation, partnership, sole proprietorship, or was a self-employed
professional within the **six years** immediately preceding the commencement of this
case, or which the debtor owned 5 percent or more of the voting or equity securities
within the **six years** immediately preceding the commencement of this case.

    If the debtor is a partnership, list the names, addresses, taxpayer identification
numbers, nature of the businesses, and beginning and ending dates of all businesses
in which the debtor as a partner or owned 5 percent or more of the voting or equity
securities, within the **six years** immediately preceding the commencement of this
case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and the beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

NAME:

TAXPAYER ID NUMBER:

ADDRESS:

NATURE OF BUSINESS:

BEGINNING AND ENDING DATES:

b.  Identify any business listed in response to subdivision a., above that is "single        **(X) NONE**
asset real estate" as defined in 11 U.S.C. § 101.

NAME:

ADDRESS:

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation, a partner, other than a limited partner, of a partnership, a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)*

**19.  Books, records and financial statements**

a.  List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

    NAME:

    ADDRESS:

    DATES SERVICES RENDERED:

b.  List all firms or individuals who within the **two years** immediately preceding    **(X) NONE**
the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

    NAME:

    ADDRESS:

    DATES SERVICES RENDERED:

c.  List all firms or individuals who at the time of the commencement of this case    **(X) NONE**
were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

    NAME:

    ADDRESS:

d.  List all financial institutions, creditors, and other parties, including mercantile    **(X) NONE**
and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

    NAME AND ADDRESS:

    DATE ISSUED:

**20.  Inventories**

a.  List the dates of the last two inventories taken of your property, the name of    **(X) NONE**
the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY:

INVENTORY SUPERVISOR:

DOLLAR AMOUNT OF INVENTORY:
   (Specify cost, market or other basis)

b.  List the name and address of the person having possession of the records of    **(X) NONE**

each of the two inventories reported in a., above.

   DATES OF INVENTORY

   NAME AND ADDRESS OF
    CUSTODIAN OF INVENTORY RECORDS:

**21.  Current Partners, Officers**

a.  If the debtor is a partnership, list the nature and percentage of partnership    **(X) NONE**

interest of each member of the partnership.

   NAME AND ADDRESS:

   NATURE OF INTEREST:

   PERCENTAGE OF INTEREST:

b.  If the debtor is a corporation, list all officers and directors of the corporation,    **(X) NONE**

and each stockholder who directly or indirectly owns, controls, or holds 5 percent

or more of the voting or equity securities of the corporation.

   NAME AND ADDRESS:

   TITLE:

   NATURE AND PERCENTAGE
    OF STOCK OWNERSHIP:

**22.  Former partners, officers, directors and shareholders**

a.  If the debtor is a partnership, list each member who withdrew from the    **(X) NONE**

partnership within **one year** immediately preceding the commencement of

this case.

   NAME:

ADDRESS:

DATE OF WITHDRAWAL:

b.  If the debtor is a corporation, list all officers, or directors whose relationship    **(X) NONE**
with the corporation terminated within **one year** immediately preceding the
commencement of this case.

    NAME AND ADDRESS:

    TITLE:

    DATE OF TERMINATION:

**23.  Withdrawals from a partnership or distributions by a corporation**

If the debtor is a partnership or corporation, list all withdrawals or distributions    **(X) NONE**
credited or given to an insider, including compensation in any form, bonuses,
loans, stock redemptions, options exercised and any other perquisite during **one
year** immediately preceding the commencement of this case.

    NAME & ADDRESS
     OF RECIPIENT,
    RELATIONSHIP TO DEBTOR:

    DATE AND PURPOSE
     OF WITHDRAWAL:

    AMOUNT OF MONEY
     OR DESCRIPTION AND
     VALUE OF PROPERTY:

**24.  Tax Consolidation Group**

If the debtor is a corporation, list the name and federal taxpayer identification    **(X) NONE**
number of the parent corporation of any consolidated group for tax purposes

of which the debtor has been a member at any time within the **six-year period**
immediately preceding the commencement of the case.

    NAME OF PARENT CORPORATION:

    TAXPAYER IDENTIFICATION NUMBER:

**25. Pension Funds**

If the debtor is not an individual, list the name and federal taxpayer identification     **(X) NONE**
number of any pension fund to which the debtor, as an employer, has been
responsible for contributing at any time within the **six-year period** immediately
preceding the commencement of the case.

    NAME OF PENSION FUND:

    TAXPAYER IDENTIFICATION NUMBER:

.   .   .   .   .   .

| IN RE: **Norman, James** | Case #: |
|---|---|
| **Norman, Alice** | |
| **Debtor** | |

---

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date:                      **/S/  Norman, Jr. James  E.**

                                  **Norman, Jr. James  E.**

Date:                      **/S/  Alice Norman**

                                  **Alice Norman**

*Penalty for making a false statement or concealing property:*   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. Sec (152)  (3371)

UNITED STATES BANKRUPTCY COURT
District of NEW JERSEY, CAMDEN, Division

| IN RE: **Norman, James** | Case #: |
| **Norman, Alice** | |
| **Debtor** | |

See summary below for the list of schedules. Include Unsworn Declaration under Penalty of Prejury at the end.

GENERAL INSTRUCTIONS:- Schedules D, E and F have been designed for the listing of each claim only once. Even when a claim is secured only in part, or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or in part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed in Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (Yes/No) | Number of Sheets | Assets | Liabilities | Other |
|---|---|---|---|---|---|
| A-Real Property | Y | 1 | $40,000.00 | | |
| B-Personal Property | Y | 2 | $8,570.00 | | |
| C-Property Claimed as Exempt | Y | 1 | | | |
| D-Creditors Holding Secured Claims | Y | 1 | | $45,000.00 | |
| E-Creditors Holding Unsecured Priority Claims | Y | 1 | | $2,725.54 | |
| F-Creditors Holding Unsecured Non-Priority Claims | Y | 2 | | $23,492.75 | |
| G-Executory Contracts & Unexpired Leases | Y | 1 | | | |
| H-Codebtors | Y | 1 | | | |
| I-Current Income of Individual Debtors | Y | 1 | | | $4,091.29 |
| J-Current Expenditures of Individual Debtors | Y | 1 | | | $2,423.00 |
| Total Number of Sheets of All Schedules | | 12 | | | |
| Total of Assets | | | $48,570.00 | | |
| Total of Liabilities | | | | $71,218.29 | |

IN RE: **Norman, James**

**Norman, Alice**

**Debtor**

Case #:

---

## S C H E D U L E    A - REAL PROPERTY

| Description of Property & Location | Nature of Debtor Interest in Property and Equity | H.W.J.C.I | Current Market Value of Debtor's Interest in Property without Deducting any secured claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **RESIDENCE** **668 Randolph Street** Memo **purch: 1973** **price: $15,000.00** | $(5,000.00) | J | $40,000.00 | $45,000.00 |

Total of all Real Property    **$40,000.00**    (Report also on Summary of Schedules)

# S C H E D U L E    B  -  PERSONAL PROPERTY

| ID | Type of Property / Location of Property | None | Description of Property | H W J C I | Current Market Value of Debtor's Interest in Property without Deducting any secured claim or Exemption |
|----|------|------|------|------|------|
| 01 | **CASH ON HAND** | **None** | | N | |
| 02 | **DEPOSITS AT BANK** / **Commerce Bank** | | checking account | J | **200.00** |
| 03 | **SECURITY DEPOSITS W/UTILITIES** | **None** | | N | |
| 04 | **HOUSEHOLD GOODS** / **668 Randolph Street** | | | J | **3,000.00** |
| 05 | **BOOKS PICTURES, ETC.** / **668 Randolph Street** | | | J | **70.00** |
| 06 | **WEARING APPAREL** / **668 Randolph Street** | | | J | **1,500.00** |
| 07 | **FURS & JEWELRY** / **668 Randolph Street** | | | J | **500.00** |
| 08 | **FIREARMS, & HOBBY EQUIPMENT** | **None** | | N | |
| 09 | **INTEREST IN INSURANCE POLICIES** | **None** | | N | |
| 10 | **ANNUTIES** | **None** | | N | |
| 11 | **INTEREST IN IRA, ERISA, KEOGH** | **None** | | N | |
| 12 | **STOCKS INCORPORATED BUSINES** | **None** | | N | |
| 13 | **INTEREST IN PARTNERSHIP ETC.** | **None** | | N | |
| 14 | **GOVERNMENT CORPORATE BOND** | **None** | | N | |
| 15 | **ACCOUNTS RECEIVABLE** | **None** | | N | |
| 16 | **ALIMONY, MAINTENANCE, SUPPOR** | **None** | | N | |
| 17 | **OTHER LIQUIDATED DEBTS** | **None** | | N | |
| 18 | **EQUITABLE & FUTURE INTERESTS** | **None** | | N | |
| 19 | **CONT/NON-CONTINGENT INTEREST** | **None** | | N | |
| 20 | **CONTIGENT LIQUIDATED CLAIMS** | **None** | | N | |

IN RE: **Norman, James**
**Norman, Alice**
Debtor

Case 04-40148-JHW    Doc 1    Filed 09/20/04    Entered 09/20/04 11:30:46    Desc Main
Document    Page 18 of 33

Case #:

| 21 | **PATENTS COPYRIGHTS ETC.** | None | | N | |
| 22 | **LICENCES, FRANCHISES, ETC.** | None | | N | |
| 23 | **AUTOMOBILES, TRUCKS, ETC.** **668 Randolph Street** | 1993  Chevrolet Lumina | | J | 2,000.00 |
| 24 | **BOATS, MOTOTRS, ACCESSORIES** | None | | N | |
| 25 | **AIRCRAFT & ACCESSORIES** | None | | N | |
| 26 | **OFFICE EQPT. FURNISHING ETC.** | None | | N | |
| 27 | **MACHINERY FIXTURES EQPT. ETC.** | None | | N | |
| 28 | **INVENTORY** | None | | N | |
| 29 | **ANIMALS** | None | | N | |
| 30 | **CROPS-GROWING OR HARVESTED** | None | | N | |
| 31 | **FARMING EQUIPMENT** | None | | N | |
| 32 | **FARM SUPPLIES, CHEMICALS, ETC.** | None | | N | |
| 33 | **OTHER PERSONAL PROP ANY KIND** **668 Randolph Street** | 2003 income tax refund | | J | 1,300.00 |

Total of all Personal Property    **$8,570.00**

IN RE: **Norman, James**
**Norman, Alice**

Case #:

**Debtor**

## S C H E D U L E     C  -  PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

[ X ] 11 USC Sec 522(b)(1): Exemptions provided in 11 U.S.C. Sec 522(d).  Note:  These exemptions are available only in certain states.

[    ] 11 USC Sec 522(b)(2): Exemptions available under nonbankruptcy federal laws, state or local laws where debtor's domicile has been
located for the 180 days immediately preceding the filing of the petition or for a longer portion of the 180-day period than
in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent of the interest
is exempt from the process under applicable nonbankruptcy laws.

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Market Value of Property without Deducting Exemption |
|---|---|---|---|
| **HOUSEHOLD GOODS** | **11 USC 522(d)(3)** | **3,000.00** | **3,000.00** |
| **BOOKS PICTURES, ETC.** | **11 USC 522(d)(5)** | **70.00** | **70.00** |
| **WEARING APPAREL** | **11 USC 522(d)(3)** | **1,500.00** | **1,500.00** |
| **FURS & JEWELRY** | **11 USC 522(d)(4)** | **500.00** | **500.00** |
| **AUTOMOBILES, TRUCKS, ETC.**<br>1993  Chevrolet Lumina | **11 USC 522(d)(2)** | **2,000.00** | **2,000.00** |
| **OTHER PERSONAL PROP ANY KIND**<br>2003 income tax refund | **11 USC 522(d)(5)** | **1,300.00** | **1,300.00** |

Total Amount Claimed Exempt          **$8,370.00**

IN RE: **Norman, James**                                                                                              Case #:

**Norman, Alice**

**Debtor**

---

## S C H E D U L E    D  -  CREDITORS HOLDING SECURED CLAIMS

---

[    ] Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

---

| | | | |
|---|---|---|---|
| Acct **10016184** | Value **40,000.00** | Amount of Claim | **45,000.00** |
| Name **Litton Loan** | Unsecured **5,000.00** | Date Claim was Incurred | |
| **4828 Loop Central Drive** | Collateral **Real Estate** | What for | **HOME MORTGAGE** |
| **Houston, TX  77081** | | Nature | **JOINT** |
| | | ☐ Co-Debtors | |

Memo **full balance through the plan**

CUD ◯ Contingent ◯ Unliquidated ◯ Disputed

---

None of the above claims is contingent, disputed, unliquidated, subject to
setoff, unless otherwise stated.

Total Secured Debt    **$45,000.00**

Total Number of Secured Creditors    **1**

IN RE: **Norman, James**
**Norman, Alice**

Debtor

Case 04-40148-JHW   Doc 1   Filed 09/20/04   Entered 09/20/04 11:30:46   Desc Main
Document   Page 21 of 33

Case #:

# S C H E D U L E      E  -  CREDITORS HOLDING UNSECURED PRIORITY

[    ] Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPE OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

[ ] **Extentions of credit in an involuntary case**    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.   11 U.S.C. Sec 507(a)(2).

[ ] **Wages, salaries, and commissions**    Wages, salaries, and commissions, including vacation, severance and sick leave pay owing to employees, and commissions owing to qualifying independent sales representatives up to $4,650* per person, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extent provided in 11 U.S.C. Sec.507(a)(3).

[ ] **Contributions to employee benefit plans**    Money owned to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extent provided in 11 U.S.C.Sec.507(a)(4).

[ ] **Certain farmers and fishermen**    Claims of certain farmers and fisherman, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. Sec.507(a)(5).

[ ] **Deposits by individuals**    Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C.Sec.507(a)(6).

[ ] **Alimony, Maintenance, or Support**    Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C Sec. 507(a)(7).

[ ] **Taxes and certain other debts owned to govermental units**    Taxes, customs duties, and penalties owing of federal, state, and local governmental units as set forth in 11 U.S.C.Sec.507(a)(8).

[ ] **Commitment to Maintain the Capital of an Insure Depository Institution**    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. Sec 507(a)(9).

* Amount are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

---

| Acct: 080169352 | Amount Entitled to Priority | **501.84** |
|---|---|---|
| Name: **Camden County MUA** | Date Claim was Incurred | |
| **PO Box 1105** | Whatfor | **WATER & SEWER** |
| **Bellmawr,  NJ  08099-5105** | Nature | **JOINT** |
| | | ☐ CO-Debtors |
| Memo: **full through the plan** | CUD  ◯ Contingent ◯ Unliquidated ◯ Disputed | |

| Acct: **5795** | Amount Entitled to Priority | **2,223.70** |
|---|---|---|
| Name: **Internal Revenue Service** | Date Claim was Incurred | **2002** |
| **Special Procedures Branch** | Whatfor | **INCOME TAXES** |
| **PO Box 744** | Nature | **JOINT** |
| **Springfield,  NJ 07081-0744** | | ☐ CO-Debtors |
| Memo: **full through the plan** | CUD  ◯ Contingent ◯ Unliquidated ◯ Disputed | |

| None of the above claims is contingent, disputed, unliquidated, subject to setoff, unless otherwise stated. | Total Unsecured Debt | **$2,725.54** |
|---|---|---|
| | Total Number of Unsecured Creditors | **2** |

IN RE: **Norman, James**
     **Norman, Alice**
     **Debtor**

Case #:

---

# S C H E D U L E      F - CREDITORS HOLDING UNSECURED CLAIMS

[  ] Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

---

| | | |
|---|---|---|
| Acct: **151405795** | Amount of Claim | **6,000.00** |
| Name: **Fleet** | Date Claim was Incurred | |
| **PO Box 6010** | What for | **DEFICIENCY BALANCE** |
| **Springfield, OH 45501** | Nature | **JOINT** |
| | | ☐ CO-Debtors |
| Memo: **0% to unsecured** | CUD  ○ Contingent ○ Unliquidated ○ Disputed | |

| | | |
|---|---|---|
| Acct: **PD076533** | Amount of Claim | **162.50** |
| Name: **Office Of The Public Defender** | Date Claim was Incurred | |
| **CN 036** | What for | **LEGAL FEES** |
| **Trenton, NJ 08625** | Nature | **JOINT** |
| | | ☐ CO-Debtors |
| Memo: **0% to unsecured** | CUD  ○ Contingent ○ Unliquidated ○ Disputed | |

| | | |
|---|---|---|
| Acct: **151405795** | Amount of Claim | **2,343.00** |
| Name: **State Of New Jersey** | Date Claim was Incurred | |
| **Dept. Of Labor** | What for | **OVERPMT. BENEFITS** |
| **CN 951** | Nature | **JOINT** |
| **Trenton, NJ 08625-0951** | | ☐ CO-Debtors |
| Memo: **0% to unsecured** | CUD  ○ Contingent ○ Unliquidated ○ Disputed | |

| | | |
|---|---|---|
| Acct: **20385-87/28230-88** | Amount of Claim | **4,737.25** |
| Name: **State Of New Jersey** | Date Claim was Incurred | |
| **PO Box 119** | What for | **OVERPMT. BENEFITS** |
| **Trenton, NJ 08623** | Nature | **WIFE** |
| | | ☐ CO-Debtors |
| Memo: **0% to unsecured**<br>**judgment-lien to be avoided** | CUD  ○ Contingent ○ Unliquidated ○ Disputed | |

| | | |
|---|---|---|
| Acct: **N66133836505502** | Amount of Claim | **250.00** |
| Name: **State Of New Jersey AISC** | Date Claim was Incurred | |
| **Surcharge Collections** | What for | **SURCHARGES** |
| **CN 136** | Nature | **JOINT** |
| **Trenton, NJ 08666-0136** | | ☐ CO-Debtors |
| Memo: **0% to unsecured** | CUD  ○ Contingent ○ Unliquidated ○ Disputed | |

| | | |
|---|---|---|
| Acct: **51820990** | Amount of Claim | **10,000.00** |
| Name: **United Jersey Bank** | Date Claim was Incurred | |
| **Attn Farr Burke Gambacorta Wright** | What for | **MISC.** |
| **211 Benigno Boulevard** | Nature | **JOINT** |
| **Bellmawr NJ 08031** | | ☐ CO-Debtors |
| Memo: **0% to unsecured**<br>**judgment-lien to be avoided** | CUD  ○ Contingent ○ Unliquidated ○ Disputed | |

IN RE: **Norman, James**

**Norman, Alice**

**Debtor**

Case #:

None of the above claims is contingent, disputed, unliquidated, subject to setoff, unless otherwise stated.

Total Unsecured Debt          **$23,492.75**

Total Number of Creditors                    **6**

IN RE: **Norman, James**

**Norman, Alice**

**Debtor**

Case #:

---

**S C H E D U L E      G  -  EXECUTORY CONTRACTS AND UNEXPIRED LE**

[     ] Check this box if debtor has no executory contracts or unexpired leases.

IN RE: **Norman, James**

**Norman, Alice**

**Debtor**

Case #:

---

## S C H E D U L E    H - CODEBTORS

[   ] Check this box if debtor has no codebtors.

Name & address of Codebtor                                    Name & address of Creditor

---

IN RE: **Norman, James**
**Norman, Alice**
**Debtor**

Case 04-40148-JHW   Doc 1   Filed 09/20/04   Entered 09/20/04 11:30:46   Desc Main
Document   Page 26 of 33

Case #:

| DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|
| Marital Status | NAME | AGE   RELATIONSHIP TO DEBTOR |
| **Married** | Dependent Names Withheld | **4**   **Grandson** |

| EMPLOYMENT | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Warehouseman** | **Supervisor** |
| Name of Employer | **Reliable Tire Company** | **BPUM Child Development Company** |
| Length of Employment | **17 years** | |
| Address of Employer | | |

| Income per Month | Debtor | Spouse | |
|---|---|---|---|
| Gross Income per Month | **3,107.20** | **1,991.80** | |
| Estimated Overtime | **0.00** | **0.00** | |
| Subtotal | **3,107.20** | **1,991.80** | |
| Less PAYROLL Deductions  -  (Information contained on Payroll stub) | | | |
| a.  Withholding | **611.78** | **357.93** | |
| b.  Payroll Insurance | **0.00** | **0.00** | |
| c.  Credit Union | **0.00** | **0.00** | |
| d.  Union Due | **38.00** | **0.00** | |
| e.  Retirement | **0.00** | **0.00** | |
| f  Other Deductions | **0.00** | **0.00** | |
| Subtotal | **649.78** | **357.93** | |
| TAKE HOME PAY | **2,457.42** | **1,633.87** | |
| Other Income | | | |
| Business /Profession | **0.00** | **0.00** | |
| Property | **0.00** | **0.00** | |
| Interest | **0.00** | **0.00** | |
| Social Security | **0.00** | **0.00** | |
| Alimony for Debtor | **0.00** | **0.00** | |
| Alimony for Dependents | **0.00** | **0.00** | |
| Pension Plan | **0.00** | **0.00** | |
| Other Income | **0.00** | **0.00** | |
| | **0.00** | **0.00** | |
| Subtotal | **0.00** | **0.00** | |
| TOTAL ESTIMATED INCOME | | | |
| CURRENT INCOME | **2,457.42** | **1,633.87** | |
| TOTAL COMBINED MONTHLY INCOME | | **$4,091.29** | |

IN RE: **Norman, James**
**Norman, Alice**
Debtor

Case #:

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually or annually to show monthly rate.

[ ] Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditure labeled "Spouse"

| | | | |
|---|---|---|---|
| Rent or home mortgage payment [ ] Are real estate taxes included? [ ] Is property insurance included? | | | **0.00** |
| Utilities Electricity | **100.00** | | |
| Gas/Oil | **100.00** | | |
| Water | **50.00** | | |
| Telephone | **100.00** | | |
| Cable | **85.00** | | |
| Sewer | **0.00** | | |
| Trash | **0.00** | | |
| Others | **0.00** | TOTAL Utilities | **435.00** |
| Home Maintenance (Repair and Upkeep) | **150.00** | | |
| Food | **575.00** | | |
| Clothing | **100.00** | | |
| Laundry and Cleaning | **50.00** | | |
| Medical, dental and medicine (uninsured) | **100.00** | | |
| Transportation (not including auto payments) | **125.00** | | |
| Recreation, clubs and entertainment | **50.00** | | |
| Charitable contributions | **300.00** | TOTAL Other Expense | **1,450.00** |
| Insurance (not deducted from wages or included in home mortgage payments) | | | |
| Homeowner's or Renter's | **0.00** | | |
| Life | **0.00** | | |
| Health | **0.00** | | |
| Auto | **120.00** | | |
| Other | **0.00** | TOTAL Insurance Expenses | **120.00** |
| Taxes  (not deducted from wages or included in home mortgage payments) | **183.00** | | |
| Installment payments: Auto | **0.00** | | |
| Others | **0.00** | | |
| | **0.00** | | |
| Alimony, maintenance, or support payments | **0.00** | | |
| Payments for support of addl. dependents not living at home | **0.00** | | |
| Regular expenses of business/profession/farm | **0.00** | | |
| Education (Including tuition and school books) | **0.00** | | |
| Newspapers, periodicals and books | **35.00** | | |
| Child's day care expenses | **200.00** | | |
| Emergency expenses | **0.00** | | |
| Misc.Payments | | | |
| | **0.00** | TOTAL Other Payments | **418.00** |
| TOTAL ESTIMATED CURRENT MONTHLY EXPENSES (Report also on Summary of Schedules) >>>>>>> | | | **$2,423.00** |
| A.  Total projected monthly income | **$4,091.29** | | |
| B.  Total projected monthly expenses | **$2,423.00** | | |
| C.  EXCESS INCOME  (A-B) | **$1,668.29** | | |
| D.  Total Amount to be paid into plan each Month. | **$1,510.00** | | |

IN RE: **Norman, James**
　　　　**Norman, Alice**

**Debtor**

Case #:

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

We Norman, James and Norman, Alice declare

Under the penalty of perjury that we have read the foregoing schedule and any attachment, consisting of 13 sheets in all, and that they

are true and correct to the best of our knowledge, information and belief.

Date: _____

/S/　**Norman, Jr. James  E.**　_____
Signature　**Norman, Jr. James  E.**

Date _____

/S/　**Alice Norman**　_____
Signature　**Alice Norman**

[ If joint case, both spouses must sign.]

### CERTIFICATION AND SIGNATURE OF NON ATTORNEY BANK PETITION PREPARER (see 11 U.S.C SEC 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. Sec 110, that I prepared this document for compensation, and

that I have provided the debtor with the copy of this document.

_____　　　　　　　_____

Printed or Typed Name of the Bankruptcy Preparer　　　　　　　　　　　　Social Security #

_____

_____

Address

Name and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the approporiate official form for each

person.

_____　　　　　　　_____

Signature of Bankruptcy Preparer　　　　　　　　　　　　　　　　　　　　Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may

result in fines or imprisonment or both. 11 U.S.C. Sec 156

| IN RE: | **Norman, James** | | Case #: |
| | **Norman, Alice** | | |
| | **Debtor** | | |

---

## STATEMENT PURSUANT TO SECTION 521(2)
## DEBTORS CONSOLIDATED STATEMENT OF INTENTIONS

The Debtors intend to retain all property claimed exempt in Schedule C filed in this case.

## CREDITORS HOLDING SECURITY

The Debtors intend the following with respect to the collateral that secures each claim of the Creditor(s) named below.

The performance of such intention will be accomplished within forty five (45) days of the date, of filing of this statement

with the court, or within such additional time as the court, for cause, within such 45-day period fixes.

[  ]  None

| Acct: | **10016184** | Value | **40,000.00** | Amount of Claim | **45,000.00** |
| Name: | **Litton Loan** | Unsecured Amount | **5,000.00** | Date Claim was Incurred | |
| | **4828 Loop Central Drive** | Whatfor | **HOME MORTGAGE** | | |
| | **Houston, TX  77081** | Nature | | | |
| | | Collateral: | **Real Estate** | | |
| Memo: | **full balance through the plan** | Intention: | **RETAIN** | | |

|  | Total Secured Debt | **45,000.00** |
|  | Total Number of Creditors | **1** |

IN RE: **Norman, James**

**Norman, Alice**

**Debtor**

Case #:

---

## STATEMENT PURSUANT TO SECTION 521(2)
## DEBTORS CONSOLIDATED STATEMENT OF INTENTIONS

---

UNSWORN DECLARATION UNDER PENALTY OF PERJURY OF INDIVIDUAL TO SCHEDULE OF CONSUMER DEBTS SECURED BY PROPERTY

OF THE ESTATE AND NOTICE OF INTENTION.

We the undersigned Petitioners declare under the penalty of perjury that we have read the foregoing Notice of Intentions with respect to

secured debts and that it is true and correct to the best of our knowledge and information and belief.

Signed : /s/                                                        /s/

**Norman, Jr. James  E.**                                **Alice Norman**

IN RE: **Norman, James**
**Norman, Alice**
**Debtor**

Case #:

---

## DISCLOSURE OF COMPENSATION

The undersigned stated the following:

1. The undersigned is the Attorney for the Debtors in this case.

2. The compensation paid or agreed to be paid by the Debtor to the undersigned is **$2,000.00** plus filing fee and costs of **$194.00**

   (a)  for legal services rendered under paragraph 4,

   (b)  prior to filing this statement, Debtor has paid **$806.00**

   (c)  the unpaid balance due and payable is **$1,194.00**

3. **$194.00** for the filing fee in this case has been paid.

4. The services rendered or to be rendered include the following:

   (a) Analysis of the financial situation, and rendering advice and assistance to the Debtors in determining whether to file a petition under Title 11 of the United States Code.

   (b) Preparation and filing of the petition, schedules, statement of affairs and other documents required by the Court.

   (c) Representation of the Debtors at the first meeting of creditors.

   (d) Preparation of the creditors mailing list.

   (e) Representation of the debtor(s) at the hearing on confirmation (if applicable)

5. All other services rendered including, but not limited to, representation in adversary proceeding, representation at motions to modify or lift stay, other extra services shall be at an hourly rate of **$150.00** . These additional services shall be subject to and fixed by the order of the court.

6. The source of payments made by debtor to the undersigned was from earnings/fixed income and compensation for services performed. The source of payments to be made by the debtor to the undersigned for the unpaid balance remaining, if any, will be from earnings/fixed income for services performed.

7. The undersigned has received no transfer, assignment or pledge of property except as herein stated.

8. The undersigned has not shared or agreed to share with any other person, other than with members of the undersigned's law firm, any compensation paid or to be paid.

9. The undersigned certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtors in this bankruptcy proceedings.

Executed on:

Signature: **/s/   Brad J. Spiller, Esquire**
_____

**Brad J. Spiller, Esquire**                    Court ID

Address

**475 Whitehorse Pike**
**W. Collingswood, NJ  08106**

Tele:   **856 541-8744      BarID: 1035**

Camden County MUA
080169352
PO Box 1105
Bellmawr,  NJ  08099-5105


Fleet
151405795
PO Box 6010
Springfield, OH 45501


Internal Revenue Service
5795
Special Procedures Branch
PO Box 744
Springfield,  NJ 07081-0744

Litton Loan
10016184
4828 Loop Central Drive
Houston, TX  77081


Office Of The Public Defender
PD076533
CN 036
Trenton, NJ  08625


State Of New Jersey
151405795
Dept. Of Labor
CN 951
Trenton, NJ  08625-0951


State Of New Jersey
20385-87/28230-88
PO Box 119
Trenton, NJ  08623

State Of New Jersey AISC
N66133836505502
Surcharge Collections
CN 136
Trenton, NJ  08666-0136


United Jersey Bank
51820990
Attn Farr Burke Gambacorta Wright
211 Benigno Boulevard
Bellmawr NJ  08031