UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                              Case Number 04-40148 JHW

Debtor: James & Alice Norman

| Check Number | Creditor | Amount |
|---|---|---|
| 1673880 | Bank of America | 1,763.29 |

/s/ Isabel C. Balboa
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  November 5, 2009